IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| LAURA PRUETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil No. 17-cv-1212-JPG-CJP |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Laura Pruett and against defendant Commissioner of Social Security.

**DATED:   June 11, 2018**

**JUSTINE FLANAGAN,
Acting Clerk of Court**

**BY: s/Tina Gray, Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert
U.S. District Judge**